IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY WILCZYNSKI,<br>　　　　Plaintiff,<br><br>v.<br><br>JOANNE B. BARNHARDT, COMMISSIONER<br>OF SOCIAL SECURITY,<br>　　　　Defendant. | :<br>:<br>:<br>:  　CIVIL ACTION NO. 02-4456<br>:<br>:<br>:<br>: |

STIPULATION

It is hereby stipulated between David M. Frazier, Esquire, counsel for Plaintiff, and Patricia D. Gugin, counsel for Defendant, that the time in which the United States is required to respond to Plaintiff's complaint is hereby enlarged and may be filed on or before September 20, 2002.

_David M. Frazier w/p PDG_
DAVID M. FRAZIER, ESQUIRE
Counsel for Plaintiff,
Jeremy Wilczynski

224 West Albermarle Avenue
Lansdowne, PA 19050

_Patricia D. Gugin_
PATRICIA D. GUGIN
Assistant United States Attorney
Counsel for Defendant,
United States of America

615 Chestnut Street, Suite 1250
Philadelphia, PA 19106


BY THE COURT:

_____
JAN E. DuBOIS
*Judge, United States District Court*