**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEREMY WILCZYNSKI** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **JO ANNE B. BARNHART,** | : | |
| **Commissioner of Social Security** | : | |
| **Defendant.** | : | **NO.  02-4456** |

**O R D E R**

      **AND NOW**, this 7th day of October, 2002, upon consideration of Defendant's Motion to

Dismiss Count IV of Plaintiff's Complaint (Document No.  5, filed September 23, 2002), there

being no objection to the granting of the Motion, **IT IS ORDERED** that Defendant's Motion to

Dismiss Count IV of Plaintiff's Complaint is **GRANTED**.

            **BY THE COURT:**

           _____
              **JAN E. DUBOIS, J.**