DATE OF NOTICE:        November 18, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Jeremy Wilczynski        :
                         :
    vs.                  :
                         :   Civil Action No. 02-4456
JoAnne B. Barnhart,      :
Commissioner of Social Security

**AMENDED NOTICE**

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on **Thursday, December 12, 2002 at 4:00 P.M.,** with the Honorable Jan E. DuBois. Counsel for Defendant will initiate the telephone conference and when all counsel are on the line, call Chambers at (215) 597-5579.

If trial counsel in this case is on trial in a Court of record at the time of the conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only in exceptional cases.

_____
Michael Coyle
Deputy Clerk to Judge DuBois
267-299-7339

cc: David M. Frazier, Esq
    James G. Sheehan, Esq.
    Patricia D. Gugin, Esq.

**This Proceeding was originally scheduled for : November 21, 2002**